

**MINUTE ENTRY
CHASEZ, M.J.
JANUARY 25, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRYAN BRADHAM, #295074** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0051** |
| **BURL CAIN** | **SECTION "R" (5)** |

      Bryan Bradham, a prisoner at the Phelps Correctional Center, has filed the instant petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 challenging his 1993 conviction in the Louisiana Twenty-fourth Judicial District Court on one count of indecent behavior with a juvenile and one count of molestation.

      However, the instant petition does not contain an explicit statement of the petitioner's claims. Although the petitioner states that he would like to incorporate by reference the claims he raised in his application for post-conviction relief in the state courts, the petitioner has not provided a complete copy of that application.

      Accordingly,

      **IT IS ORDERED** that, within twenty (20) days of the entry of this order, the petitioner

DATE OF ENTRY JAN 2 7 2000



submit a written statement of his claims in support of his *habeas corpus* petition, or submit a complete copy of the application for post-conviction relief that he submitted to the state courts.

New Orleans, Louisiana, this ___ day of _January_, 2000.


*[signature]*
UNITED STATES MAGISTRATE JUDGE