

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRYAN BRADHAM, #295074                        CIVIL ACTION

VERSUS                                        NUMBER: 00-0051

BURL CAIN                                     SECTION: "R" (5)

O R D E R

Bryan Bradham, prisoner number 295074, has applied to this Court for a writ of habeas corpus under 28 U.S.C. §2254. In order for the Court to determine the action, if any, that shall be taken on this application,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of this petition and this Order, as well as a copy of record document 2, on the Attorney General for the State of Louisiana and the District Attorney and the Clerk of Court for Jefferson Parish, Louisiana.

**IT IS ORDERED** that the Attorney General and District Attorney file an answer to the application, together with a legal memorandum

DATE OF ENTRY **FEB 15 2000**

of authorities in support of the answer within thirty (30) days of the date of service. The answer shall state whether petitioner has exhausted state remedies, including any post-conviction remedies available to petitioner under Louisiana law and petitioner's right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceedings. The answer shall further set forth the dates of filing and disposition of each appeal and post-conviction application and whether the 1-year period of limitation for filing this petition has expired.

**IT IS FURTHER ORDERED** that the District Attorney for Jefferson Parish, Louisiana shall file with the Court, within thirty (30) days of the entry of this order, a certified copy of the entire state court record. **This shall include al pleadings, briefs, memoranda, and other documents filed in connection with any application for post-conviction relief or appeal, transcripts of all proceedings held in any state court, and all state court dispositions.** In the event the District Attorney is unable to produce any of these documents, he shall advise the Court in writing as to the reason why he is unable to do so.

**IT IS FURTHER ORDERED** that the Clerk of Court shall take

necessary precautions to insure that the state court record is not damaged or destroyed and shall, within thirty (30) days of the finality of these proceedings, including any appellate proceedings, return the state court record of the Clerk of Court for Jefferson Parish, Louisiana.

All state court documents which are to be filed pursuant to this Order should be addressed to the Office of the Clerk, Pro Se Unit, United States District Court, 500 Camp Street, Room C-151, New Orleans, Louisiana, 70130.

New Orleans, Louisiana, this 14 day of February, 2000.

                        UNITED STATES MAGISTRATE JUDGE