

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRYAN BRADHAM, #295074 | CIVIL ACTION |
| VERSUS | NO. 00-0051 |
| BURL CAIN, WARDEN | SECTION "R" (5) |

STATE'S MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through the undersigned assistant district attorney, comes the State of Louisiana, which respectfully requests an additional twenty days in which to file its response in the above referenced case.

A substantial increased workload on counsel, particularly in habeas cases, has resulted in the undersigned being unable to meet the scheduled briefing date. Pursuant to Local Civil Rule 7.9(E), the State requests additional time in which to prepare its response to the petition for habeas corpus.

DATE OF ENTRY
MAR 21 2000



There is no opposition in the record. This is the first request for an extension.

WHEREFORE, the State prays that it be granted an additional twenty days, or until April 6, 2000, to file a response.

Respectfully Submitted,

_____
THOMAS J. BUTLER
BAR ROLL NO. 22982
ASSISTANT DISTRICT ATTORNEY
COURTHOUSE ANNEX
GRETNA, LOUISIANA 70053
(504) 368-1020

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served on all parties by placing same in the United States mail, postage prepaid, this _____ day of _____, 2000.

_____
THOMAS J. BUTLER

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRYAN BRADHAM   #295074 | CIVIL ACTION |
| VERSUS | NO. 00-0051 |
| BURL CAIN, WARDEN | SECTION "R" (5) |

ORDER

IT IS HEREBY ORDERED, that the State of Louisiana be given an additional twenty days or until April 6, 2000, to file a response in the above captioned case.

New Orleans, Louisiana, this 20 day of March, 2000.

JUDGE, Magistrate