

```
         FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

  2000 JUN -2 P 2: 53

   LORETTA G. WHYTE
        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


BRYAN BRADHAM                                CIVIL ACTION

VERSUS                                       NUMBER: 00-0051

BURL CAIN                                    SECTION: "R"(5)


O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Bryan Bradham is **DISMISSED WITH PREJUDICE**.

```
DATE OF ENTRY
  JUN 2 2000
```



New Orleans, Louisiana, this 2ND day of JUNE, 2000.

_____
UNITED STATES DISTRICT JUDGE