

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRYAN BRADHAM | CIVIL ACTION |
| VERSUS | NO. 00-51 |
| BURL CAIN | SECTION "R" |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of the defendant, Burl Cain, and against the plaintiff, Bryan Bradham, dismissing the plaintiff's habeas corpus petition with prejudice.

New Orleans, Louisiana this 2ND day of ~~May~~ June, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 5 2000

Fee_____
Process_____
X Dkt_____
CtRmDep_____
Doc.No._____