```
                              FILED
                         U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                       2000 JUL 12 PM 1: 46

                         LORETTA G. WHYTE
                              CLERK
```

**MINUTE ENTRY**
**VANCE, J.**
**JULY 11, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRYAN BRADHAM | CIVIL ACTION |
| VERSUS | NO. 00-51 |
| BURL CAIN, ET AL | SECTION "R" |

### ORDER

The Court is in receipt of a motion by plaintiff in opposition to the Magistrate Judge's recommendation, which will be construed as a motion for reconsideration of the Court's approval of the Magistrate Judge's report and recommendation.

Accordingly,

IT IS ORDERED that the motion for reconsideration is hereby set for hearing on WEDNESDAY, JULY 26, 2000, without oral argument.

**Memoranda in opposition are to be filed in accordance with Local Rule 7.5E.**

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

```
___Fee____
___Process__
_X_Dktd____
_V_CtRmDep_
___Doc.No.__
```